NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jonathan Waisnor
Labaton Keller Sucharow
140 Broadway
New York, NY 10005
212-907-0700

CLEAR FORM

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Tommy Allen et al | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25-cv-03861-MWC-KS |
| v. | |
| BAMTech, LLC et al | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Petitioners Tommy Allen and 355 other individuals
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | |

May 8, 2025

Date

s/ Jonathan Waisnor

Signature

Attorney of record for (or name of party appearing in pro per):

Petitioners Tommy Allen and 355 other individuals