JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
STEPHANIE G. HERRERA (SBN 313887)
Stephanie.Herrera@mto.com
V. GRACE DAVIS (State Bar No. 336732)
Grace.DavisFisher@mto.com
CONNOR HOGE (State Bar No. 349884)
Connor.Hoge@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

*Attorneys for Respondents/Cross-Petitioners*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Allen and 3,552 Other Individuals,<br><br>Petitioners,<br><br>vs.<br><br>BAMTECH, LLC; DISNEY PLATFORM DISTRIBUTION, INC. (d/b/a Disney Streaming Services, LLC); ESPN, INC.; and THE WALT DISNEY COMPANY,<br><br>Respondents/Cross-Petitioners BAMTech LLC, Disney Platform Distribution, Inc. | Case No. 2:25-cv-03861-MWC-KS<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT MOTION FOR STAY**<br><br>Judge:   Hon. Michelle Williams Court<br><br>Am. Petition Filed: July 1, 2025<br>Am. Motion Filed: July 1, 2025<br>Cross-Petition Filed: August 22, 2025<br>Current Hearing Date: None<br><br>Filed concurrently: [Proposed] Order |

Petitioners Matt Allen and 3,552 Other Individuals ("Petitioners"), Respondents ESPN, Inc., and The Walt Disney Company, and Respondents/Cross-Petitioners BAMTech, LLC and Disney Platform Distribution, Inc. ("Respondents"), by and through their counsel of record, hereby notify the Court that the parties have reached a settlement in principle to resolve this matter, and respectfully request that this action, including any decision on the pending cross-petitions to compel arbitration, be stayed pending finalization of the settlement.

The parties stipulate and agree as follows:

WHEREAS, Petitioners filed the operative Amended Petition and Amended Motion ("Amended Petition") on July 1, 2025;

WHEREAS, Respondents filed a Cross-Petition and Opposition to Petitioners' Amended Petition on August 22, 2025;

WHEREAS, Petitioners filed a Reply in Support of the Amended Petition and Opposition to the Cross-Petition on September 19, 2025;

WHEREAS, Respondents filed a Reply in Support of the Cross-Petition on October 10, 2025;

WHEREAS, the parties have reached a settlement in principle to resolve this matter;

WHEREAS, the parties have agreed to make good-faith efforts to finalize the settlement agreement by October 31, 2025;

WHEREAS, the parties have agreed the settlement shall be effective upon the performance of certain obligations over a 120-day period following execution of the settlement agreement;

WHEREAS, good cause therefore exists to stay this action, including any decision on the pending cross-petitions to compel arbitration, while the parties finalize the settlement agreement and until the settlement is effective;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE,** and respectfully request that the Court enter an Order providing, that:

- This action is stayed; and

- The parties shall file a joint stipulation of dismissal or otherwise update the Court once the settlement has become effective and no later than March 6, 2026.

Respectfully submitted,

DATED: October 22, 2025     MUNGER, TOLLES & OLSON LLP

By:     */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN
*Attorneys for Respondents/Cross-Petitioners*

DATED: October 22, 2025     LABATON KELLER SUCHAROW LLP

By:     */s/ Jonathan Waisnor*
JONATHAN WAISNOR
*Attorney for Petitioners*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I certify that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.

By:     */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN
*Attorneys for Respondents/Cross-Petitioners*